IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN BALBO,

    Plaintiff,                      No. CIV S-07-2283 GEB JFM P

    vs.

JAMES TILTON, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff, a state prisoner housed at Corcoran State Prison proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.[1] In his filing, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Fresno County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

---

[1] Plaintiff has not filed an application to proceed in forma pauperis or paid the filing fee.

1

1 | Good cause appearing, IT IS HEREBY ORDERED that:

2 | 1. This action is transferred to the United States District Court for the Eastern

3 | District of California sitting in Fresno; and

4 | 2. All future filings shall reference the new Fresno case number assigned and

5 | shall be filed at:

6 | United States District Court
Eastern District of California
7 | 2500 Tulare Street
Fresno, CA 93721

9 | DATED: November 27, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

13 | /001; balb2280.22

2